**Order filed February 6, 2014.**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-13-01063-CV**

_____

**IN THE INTEREST OF S.A.H., A CHILD**

**On Appeal from the 245th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2006-75715**

## O R D E R

Appellant's brief was due January 17, 2014. No brief or motion for extension of time has been filed.

Unless appellant files a brief with the clerk of this court on or before **February 24, 2014**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM